ACCEPTED
03-14-00738-CV
6348477
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 1:29:54 PM
JEFFREY D. KYLE
CLERK

## No. 3-14-00738-CV

**In The Court of Appeals For The
Third District of Texas at Austin**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 1:29:54 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **Elness, Swenson, Graham Architects, Inc.,** *Appellant and Cross-Appellee,* | §<br>§<br>§<br>§<br>§ | **From the 200th District Court** |
| **v.** | §<br>§ | |
| **RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP and RLJ Lodging Fund II Acquisitions, LLC,** *Appellees and Cross-Appellants.* | §<br>§<br>§<br>§<br>§<br>§ | **Of Travis County, Texas** |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address for Appellees and Cross-Appellants, RLJ II-C Austin Air, LP; RLJ II-C Austin Air Lessee, LP; and RLJ Lodging Fund II Acquisitions, LLC's trial counsel located in Austin, Texas, in the above-numbered case has changed and that the new contact information is as follows:

Benton T. Wheatley
Tracy McCreight
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, Texas  78701-3924
Telephone:  (512) 391-6100
Facsimile:  (512) 391-6149
Email:  bwheatley@munsch.com
Email:  tmccreight@munsch.com

1

MHDocs 6496442_1 12690.2

Papers and/or communications in this matter related to the above-referenced proceeding should be directed to counsel for Appellees and Cross-Appellants, RLJ II-C Austin Air, LP; RLJ II-C Austin Air Lessee, LP; and RLJ Lodging Fund II Acquisitions, LLC's counsel located in Austin, Texas, at the address shown above, as well as to the undersigned counsel. The contact information for the undersigned counsel, located in Dallas, Texas, remains the same.

Respectfully submitted,

MUNSCH HARDT KOPF & HARR PC

/s/Michael W. Huddleston
Michael W. Huddleston
State Bar No. 10148415
J. Stephen Gibson
State Bar No. 07866000
3800 Ross Tower
500 North Akard Street
Dallas, TX 75201
(214) 855-7500 Main Tel.
(214) 855-7584 Main Fax
mhuddleston@munsch.com
sgibson@munsch.com

2

Benton T. Wheatley
State Bar No. 24015171
Tracy McCreight
State Bar No. 24037064
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, TX 78701-3924
(512) 391-6100 Main Tel.
(512) 391-6149 Main Fax
bwheatley@munsch.com
tmccreight@munsch.com

**Attorneys For Appellees and
Cross- Appellants**

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing document upon counsel listed below on this 4th day of August, 2015 by e-file:

Weston M. Davis
Gregory N. Ziegler
Steven R. Baggett
Macdonald Devin, P.C.
1201 Elm Street
3800 Renaissance Tower
Dallas, TX 75270

*/s/ Michael W. Huddleston*
Michael W. Huddleston

MHDocs 6496442_1 12690.2